(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

(1) /MR. Peter Kustyhw
(2) Attorney-in-Fact of /MR. Peter Kustyhw

*(In the space above enter the full name(s) of the plaintiff(s).)*

(1) KATRINA BUCKLEY -against-
(2) DAVID PIERCE
(3) JOHN AND JANE DOES of J-TURN
(4) MATTHEW DENN, De Attorney
(5) General et al

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**Civ. Action No.** _____
(To be assigned by Clerk's Office)

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF'S INFORMATION

① KOSTYS #4,
Name (Last, First, MI)

② ATTorney-IN-FACT of ①
~~Aliases~~

457250
Prisoner ID #

N/A

JTVCC
Place of Detention

Address
c/o 505 North 13COU ST.

1181 Paddock Road
Institutional Address

Wilmington, DE 19805

New Castle, Smyrna, DE 19977
County, City                    State                    Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Buckley, Katrina__
Name (Last, First)

__Grievance Chair__
Current Job Title

__JTVCC, 1181 Paddock Road__
Current Work Address

__Newcastle, Smyrna,__ __DE__ __19977__
County, City | State | Zip Code


Defendant 2: __Pierce, David__
Name (Last, First)

__Warden JTVCC__
Current Job Title

__1181 Paddock Road__
Current Work Address

__Newcastle, Smyrna,__ __DE__ __19977__
County, City | State | Zip Code

Page 4 of 24

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: __Does, John And Jane__
Name (Last, First)

__JTVCC employees, identity unknown as to I.D. two supervisors__
Current Job Title

__JTVCC, 1181 Paddock Road__
Current Work Address

__Newcastle, Smyrna__ , __DE__ __19977__
County, City             State        Zip Code


Defendant 4: __Denn, Matthew__
Name (Last, First)

__Delaware Attorney General__
Current Job Title

__CSOB, 820 North French Street__
Current Work Address

__Newcastle, Smyrna, DE__ __19977__
County, City             State        Zip Code

Page 5 of 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: J-Tuc / Heyer

Date(s) of occurrence: Since arrival @ 7/6/20?? to 12/16/16 / Since @ 7/??/2016 to (?)

State which of your federal constitutional or federal statutory rights have been violated:

42 USC 1983, U.S. Constitution B.O.R. 4th Amendment protection [against in]human treatment against my family in particular. Also, in violation of the 9/1/2016 U.S. District Court order in case U.S. Debartoli case #15-658 (?).

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> What happened to you?

Attached as P's 19, 20 & 21, is what I received this day in J-Tuc personnel. Page 14 lists as case # 35-5219, which Def. #1 is responsible to affix certain decide, etc., as part of her official duties which is to have a fair, efficient process to alleviate, address, timely investigate civil and inhumane treatments.

All Defendants known & named, as also those currently identified as "Does" are part of a large organization controlled by Def De A Grint Denn, the Attorney General's Office, who, (all Does) are aware and have knowledge of the real and inhumane treatment they continue to inflict upon me and my ???family, who via witnessing my plight, ??? rights at ???.

Page 6 of 31

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

or via the 4 phone calls Amonth, have contacted Def'ts has as where, only to be rebuffed!

> [Who did what?]

I was severely injured with assault injuries on November 14, 2016 when ankle shackles were purposefully placed, and onsite locked on the high bones of both legs ankles, and I was ordered to walk from Bldg. 17 to Dental office Bldg. as I "Beg" the Def'ts. thier supervisers, their chain of command see that any to ever this day, 12/10/2016, A total of thirty days I've been (money) treated daily, as recent as this day, for the sites swelling, discoloration's on the injured legs, and Def'ts, to date have not investigated anything to cover up.

As my family has attempted to contact Def'ts here to investigate the cruel & inhuman treatments of me, they have been retained by attorneys which I've had have waivered that these & Def't are probably knowingly, obsessively harming, for repetitive abuses they inflicted in past on me, how they create faces, state records, "plant" false evidence, etc.

My family member was banned from visits to 1/17/2017, until reinstated allowed.

My family has been threatened as documented on P. 19 as my 12/3/16 filed grievance states. It was presented as an emergency grievance to Warden Davis Pierce for a required 24 hour

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> **Was anyone else involved?**

Reply from Df't &/or his designee, I was not informed by either def'ts Pierce nor Burley, or anyone of w/g at warden's level or designee had denied the emergency grievance. Def't Burley does not determine the warden's or designees responses.

The three pages are all received this day, p. 21 states it is a Staff issue only Df. Pierce or designee can address staff issue!

The parties are in direct violation of the U.S. District Court called "15-600 ons" by inflicting cruel & inhumane treatments, abuses of time. They, all def'ts are indifferent to and purposefully inflict cruel and inhumane treatment on me and McKinney.

If my family didn't contact Df's, I would be murdered in cell. Probably "strung up" by Df'ts, and it would be labeled as a "suicide!"

Df'ts have blood on their hands.

Their practices of inflicting cruel & inhumane treatments on me or other I/M's involve beatings, torture, death that go unreported and covered up.

Recent I/M was found to have been w/blunt force injuries caused by O.C.T. team. Df't Pierce & other Df's covered up and no charges were made against Df'ts

Df's are out of control.

Unfit to run a corrections facility.

Murderers cannot be "cured" as Df'ts, as the

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

CO CONSPIRATORS THEY ARE, CONTINUE THEIR ILLEGAL WAYS, MY GRIEVANCES WILL HAVE COURT DEFINE WHAT IS AN EMERGENCY, A REGULAR GRIEVANCE!

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

See P. 19, 20, 21

Is there a grievance procedure available at your institution?  ☐ Yes  ☒ No  17 STATES NO!

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No
If no, explain why not:
See 19, 20, 21,

Is the grievance process completed?  ☒ Yes  ☐ No
If no, explain why not:
See P. 19, 20, 21
IT'S UNPROCESSED
Returned!

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.* Order DOC to stop level IV harassment, Recreation Privacy. Order DOC to follow 9/1/16 Order of J. Sloviter in US District. It is BDS Grips. Order DOC to Allow as Daily Phone calls to my family. Have Federal Government Take Control of JTVCC. Investigate and bring charges against DOC'S by having court order U.S. Attorney to investigate my family.
Allow me 2 visits a week with my family with daily phone

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_Cases on my Statuesand competens_

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes  ☐ No

If yes, how many? _Not Sure_

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_Me Я Harvey Anthony Flocian suit Howyer Mostafing Legal papers once they are retrieved I will Supplement._

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

| 12/16/2016 | _[signature]_ |
|---|---|
| Dated | Plaintiff's Signature |

Kostyshyn, Peter, M.
Printed Name (Last, First, MI)

452256
Prison Identification #

JTVCC, 1181 Paddock Road, Smyrna, DC 19977
Prison Address / City / State / Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**